UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-0076 (WMW/TNL) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Martrell Devon Burns, | |
| Defendant. | |

WHEREAS, on January 18, 2019, the Court entered a Preliminary Order of Forfeiture ordering Defendant Martrell Devon Burns to forfeit property to Plaintiff United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government Internet site (www.forfeiture.gov), beginning on January 24, 2019, providing notice of the intention of the United States to dispose of the property described below in accordance with law and notice of the right of third parties to petition the Court within 60 days after the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 74), is **GRANTED**.

2. All right, title and interest in the AA Arms Inc., model AR9, semiautomatic nine-millimeter pistol, serial number 200958, with an extended magazine and associated ammunition, are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 25, 2019                               s/Wilhelmina M. Wright
                                                                                 Wilhelmina M. Wright
                                                                                 United States District Judge